No. 647. D. G. FRITZLEN ET AL., PETITIONERS, *v.* BOATMEN'S BANK OF ST. LOUIS, MO. May 29, 1905. Petition for

a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. D. R. Hite* and *Mr. H. J. Bone* for petitioners. *Mr. James S. Botsford* for respondent.